**No. 66397.**—Unimark Photo, Inc. *v.* United States, protests 59/26024, etc. (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of wide-angle and telephoto supplementary lenses similar in all material respects to those the subject of *Unimark Photo, Inc.* v. *United States* (47 Cust. Ct. 75, C.D. 2283), the claim of the plaintiff was sustained.

**No. 66398.**—Josiah Wedgwood & Sons, Inc., and F. C. Gerlach & Co. *v.* United States, protest 58/13283 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of cameos similar in all material respects to those the subject of Abstract 60566, the claim of the plaintiffs was sustained.

**No. 66399.**—M. Pressner & Co. *v.* United States, protests 61/7425, 61/9258, and 61/10940 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of plastic camera viewers similar in all material respects to those the subject of Abstract 65082, the claim of the plaintiff was sustained.